ORIGINAL



**FILED**

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0585

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0585

SEAN OWENS SHAMBLIN,

Petitioner,

v.

MISSOULA COUNTY JUSTICE
COURT OF RECORD,

Respondent.

**FILED**

OCT 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On his own behalf, Sean Owens Shamblin has filed a Petition for Writ of Supervisory Control over the Missoula County Justice Court, alleging that "[t]he sentencing conditions imposed on Petitioner's noncriminal, speeding violation illegally restrain his liberty." This Court observes that Shamblin's Petition, while captioned as a writ of supervisory control, requests relief either under a writ of habeas corpus, or alternatively, a writ of supervisory control. Shamblin puts forth that a "writ of habeas corpus is necessary because without immediate intervention Petitioner will be forced to complete the conditions therefore, restricting his liberty illegally." Shamblin alternatively requests a writ of supervisory control because "he will suffer a gross misjustice[,]" if he were forced to complete the "illegal" sentence.

This Court further observes that Shamblin has an appeal pending with this Court of the same sentencing conditions he challenges now. On September 3, 2024, Shamblin appealed the Justice Court's decision, and the Missoula County District Court affirmed, remanding the proceeding to the Justice Court on August 22, 2024. This District Court Order is the basis of Shamblin's appeal here. *State v. Shamblin*, No. DA 24-0522.

Shamblin's remedy for relief is with his appeal. Without reaching the merits, we must dismiss this writ. M. R. App. P. 14(3). Therefore,

IT IS ORDERED that Shamblin's Petition for Writ of Habeas Corpus, or alternatively, Writ of Supervisory Control, is DISMISSED, without prejudice.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Sean Owens Shamblin along with a copy of this Court's Appellate Handbook.

DATED this 23rd day of October, 2024.

Justices